**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

DUNHAM SMILEY,
  a/k/a "Mike Vegas,"
  a/k/a "Mike,"
  a/k/a "Don Williams,"
  a/k/a "Randall Townsend,"

        Defendant.

- - - - - - - - - - - - - - - - x

NOTICE OF INTENT
TO FILE AN INFORMATION

JUDGE CROTTY

07 CRIM. 604

      Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
           February 27, 2007

                          MICHAEL J. GARCIA
                          United States Attorney

           By: _____
                Michael A. Levy
                Assistant United States Attorney

                          AGREED AND CONSENTED TO:

           By: _____
                Stephanie Carvlin, Esq.
                Attorney for Dunham Smiley

2/28/07    WHEEL A