JUDGE CROTTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

   - v. -

DUNHAM SMILEY,
  a/k/a "Mike Vegas,"
  a/k/a "Mike,"
  a/k/a "Don Williams,"
  a/k/a "Randall Townsend,"

                Defendant.

- - - - - - - - - - - - - - - x

07 CRIM. 604

      The above-named defendant, who is accused of violating Title 18, United States Code, Sections 371, 1029(b)(2), 2318(a), 2319(b)(1), and 2 and Title 17, United States Code, 506(a)(1)(A), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:  New York, New York
       July 5, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 0 5 2007

0202